Exhibit 1:  Related Entities – 62 SEC Registrant Clients

|   | SEC Registrant Client<br><br>*Client of Prager Metis CPAs, LLC, unless specified. | Engagement Letter Date & Engagement Partner | Stock Market (if applicable) | Relevant Period(s) | Exchange Act ("EA") Reporting (for Issuer Clients) | Filings |
|---|---|---|---|---|---|---|
| 1 | **Issuer 1** | 10/16/2018 Engagement Partner 1<br><br>10/29/2019 Engagement Partner 1 | OTC | 9/30/2018<br>12/31/2018<br>3/31/2019<br>6/30/2019<br>9/30/2019<br>3/31/2020<br>6/30/2020<br><br>Subsequent Filings: 9/30/2019 and 12/31/2019 (9/30/2018 & 9/30/2019 audits) | Annual Reports: EA §15(d) and Rule 15d-1 thereunder<br><br>Quarterly Reports: EA § 15(d) and Rule 15d-13 thereunder | • Form 10-K for period ending 9/30/2018 filed on 12/28/2018<br>• Form 10-Q for period ending 12/31/2018 filed on 2/14/2019<br>• Form 10-Q for period ending 3/31/2019 filed on 5/15/2019<br>• Form 10-Q for period ending 6/30/2019 filed on 8/14/2019<br>• Form 10-K for period ending 9/30/2019 filed on 1/7/2020 (also subsequent filing)<br>• Form 10-Q for period ending 3/31/2020 filed on 5/19/2020<br>• Form 10-Q for period ending 6/30/2020 filed on 8/19/2020<br>• **Subsequent Filing:**  Form 10-KT for periods ending December 31, 2019, September 30, 2019 and 2018, filed on 3/27/20 |
| 2 | **Issuer 2** | 1/9/2019 Engagement Partner 1 | OTC | 12/31/2018<br>3/31/2019<br>6/30/2019<br>9/30/2019<br><br>Subsequent Filings: 12/31/2019 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder<br><br>Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-K for period ending 12/31/2018 filed on 4/1/2019<br>• Form 10-Q for period ending 3/31/2019 filed on 5/15/2019<br>• Form 10-Q for period ending 6/30/2019 filed on 8/14/2019<br>• Form 10-Q for period ending 9/30/2019 filed on 11/14/2019<br>• **Subsequent Filing:**  Form 10-K for period ending 12/31/2019 filed on 3/30/2020 |
| 3 | **Issuer 3** | 1/9/2019 Engagement Partner 1 | OTC | 12/31/2018<br>3/31/2019<br>6/30/2019<br>9/30/2019<br><br>Subsequent Filings: 12/31/2019 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder<br><br>Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-K for period ending 12/31/2018 filed on 4/1/2019<br>• Form 10-K/A for period ending 12/31/2018 filed on 10/4/2019<br>• Form 10-Q for period ending 3/31/2019 filed on 5/15/2019<br>• Form 10-Q for period ending 6/30/2019 filed on 8/14/2019<br>• Form 10-Q for period ending 9/30/2019 filed on 11/14/2019<br>• **Subsequent Filing:**  Form 10-K for period ending 12/31/2019 filed on 3/30/2020 |
| 4 | **Issuer 4** | 11/19/2018 Engagement | NASDAQ (pending | 9/30/2018<br>9/30/2019 | *Registration statement never went effective, | • **Subsequent Filing:**  Form F-1 filed on 6/29/2021<br>• **Subsequent Filing:**  Form F-1/A filed on 8/23/2021 |

| | SEC Registrant Client<br><br>*Client of Prager Metis CPAs, LLC, unless specified. | Engagement Letter Date & Engagement Partner | Stock Market (if applicable) | Relevant Period(s) | Exchange Act ("EA") Reporting (for Issuer Clients) | Filings |
|---|---|---|---|---|---|---|
| | | Partner 1<br><br>11/11/2019 Engagement Partner 1 | approval) | Subsequent Filings: 9/30/2020 | and issuer did not file any annual, current, or quarterly reports. | • **Subsequent Filing:** Form F-1/A filed on 9/21/2021<br>• **Subsequent Filing:** Form F-1/A filed on 10/21/2021<br>• **Subsequent Filing:** Form F-1/A filed on 12/7/2021 |
| 5 | **Issuer 5** | 10/1/2018 Engagement Partner 2<br><br>9/16/2019 Engagement Partner 2 | OTC | 9/30/2018 12/31/2018 3/31/2019 6/30/2019 9/30/2019 12/31/2019 3/31/2020 6/30/2020<br><br>Subsequent Filings: 9/30/2019 and 9/30/2020 | Annual Reports: EA § 15(d) and Rule 15d-1 thereunder<br><br>Quarterly Reports: EA § 15(d) and Rule 15d-13 thereunder | • Form 10-K for period ending 9/30/2018 filed on 12/11/2018<br>• Form 10-Q for period ending 12/31/2018 filed on 2/8/2019<br>• Form 10-Q for period ending 3/31/2019 filed on 5/9/2019<br>• Form 10-Q for period ending 6/30/2019 filed on 8/13/2019<br>• Form 10-K for period ending 9/30/2019 filed on 12/17/2019 (also subsequent filing)<br>• Form 10-K/A for period ending 9/30/2019 filed on 12/18/2019 (also subsequent filing)<br>• Form 10-Q for period ending 12/31/2019 filed 2/11/2020<br>• Form 10-Q for period ending 3/31/2020 filed on 5/8/2020<br>• Form 10-Q for period ending 6/30/2020 filed on 8/13/2020<br>• **Subsequent Filing:** Form 10-K for period ending 9/30/2020 filed 12/22/2020 |
| 6 | **Issuer 6** | 5/30/2019 Engagement Partner 3<br><br>7/25/2019 Engagement Partner 3 | OTC | 12/31/2016 12/31/2017 3/31/2018 6/30/2018 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder<br><br>Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-K for period ended 12/31/2017 filed 8/14/2019<br>• Form 10-Q for period ended 3/31/2018 filed on 9/10/2019<br>• Form 10-Q for period ended 6/30/2018 filed 9/18/2019 |
| 7 | **Issuer 7** | 1/3/2019 Engagement Partner 3 | OTC | 12/31/2018 3/31/2019 6/30/2019 9/30/2019 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder<br><br>Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-K for period ended 12/31/2018 filed 4/16/2019<br>• Form 10-Q for period ended 3/31/2019 filed 5/15/2019<br>• Form 10-Q for period ended 6/30/2019 filed 8/19/2019<br>• Form 10-Q/A for period ended 6/30/2019 filed 8/20/2019<br>• Form 10-Q for period ended 9/30/2019 filed 11/14/2019<br>• Form 10-Q/A for period ended 9/30/2019 filed 11/15/2019 |
| 8 | **Issuer 8** | 1/17/2020 Engagement Partner 4 | NASDAQ | 6/30/2019 9/30/2019 12/31/2019 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder | • Form 10-Q for period ending 6/30/2019 filed 8/16/2019<br>• Form 10-Q for period ending 9/30/2019 filed 11/15/2019<br>• Form 10-K for period ending 12/31/2019 filed 5/14/2020<br>• Form 424B5 filed 8/24/2020 (incorporated by reference) |

| | **SEC Registrant Client**  *Client of Prager Metis CPAs, LLC, unless specified. | **Engagement Letter Date & Engagement Partner** | **Stock Market** (if applicable) | **Relevant Period(s)** | **Exchange Act ("EA") Reporting (for Issuer Clients)** | **Filings** |
|---|---|---|---|---|---|---|
| | | | | Subsequent Filings: 12/31/2020 | Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • **Subsequent Filing:** Form 10-K for period ending 12/31/2020 filed 4/15/2021 (audit report signed by Prager Metis CPAs LLP) |
| 9 | **Issuer 9** | 10/16/2018  Engagement Partner 1 | OTC | 9/30/2018  12/31/2018 | Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-Q for period ending 9/30/2018 filed 11/13/2018  • Form 10-Q for period ending 12/31/2018 filed 2/14/2019 |
| 10 | **Issuer 10** | 3/12/2019  Engagement Partner 3 | No active market | 12/31/2018  3/31/2019  6/30/2019  9/30/2019  Subsequent Filings: 12/31/2019 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder  Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-K for period ending 12/31/2018 filed 4/17/2019  • Form 10-Q for period ending 3/31/2019 filed 5/20/2019  • Form 10-Q for period ending 6/30/2019 filed 8/16/2019  • Form 10-Q for period ending 9/30/2019 filed 11/12/2019  • **Subsequent Filing:** Form 10-K/A for period ending 12/31/2019 filed 5/19/2020 |
| 11 | **Issuer 11** | 7/14/2019  Engagement Partner 4 | OTC | 6/30/2019  9/30/2019 | Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-Q for period ending 6/30/2019 filed on 8/14/2019  • Form 10-Q for period ending 9/30/2019 filed on 11/14/2019 |
| 12 | **Issuer 12** | 1/16/2019  Engagement Partner 1 | No active market | 12/31/2018  3/31/2019  6/30/2019  9/30/2019  Subsequent Filings: 12/31/2019 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder  Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-K for period ending 12/31/2018 filed 4/15/2019  • Form 10-Q for period ending 3/31/2019 filed 5/20/2019  • Form 10-Q for period ending 6/30/2019 filed 8/9/2019  • Form 10-Q for period ending 9/30/2019 filed 11/13/2019  • **Subsequent Filing:** Form 10-K for period ending 12/31/2019 filed 8/13/2020 |
| 13 | **Issuer 13** | 11/12/2018  Engagement Partner 2  6/27/2019  Engagement Partner 2 | OTC | 6/30/2017  9/30/2017  12/31/2017  3/31/2018  6/30/2018  9/30/2018  12/31/2018  3/31/2019  6/30/2019  9/30/2019 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder  Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-Q for period ending 6/30/2017 filed 4/25/2019  • Form 10-Q for period ending 9/30/2017 filed 4/25/2019  • Form 10-K for period ending 12/31/2017 filed 6/28/2019  • Form 10-Q for period ending 3/31/2018 filed 6/28/2019  • Form 10-Q for period ending 6/30/2018 filed 6/28/2019  • Form 10-Q for period ending 9/30/2018 filed 6/28/2019  • Form 10-K for period ending 12/31/2018 filed 7/30/2019 (also subsequent filing)  • Form 10-Q for period ending 3/31/2019 filed 8/6/2019 |

| | SEC Registrant Client

*Client of Prager Metis CPAs, LLC, unless specified. | Engagement Letter Date & Engagement Partner | Stock Market (if applicable) | Relevant Period(s) | Exchange Act ("EA") Reporting (for Issuer Clients) | Filings |
|---|---|---|---|---|---|---|
| | | | | Subsequent Filings: 12/31/2018 and 12/31/2019 | | • Form 10-Q for period ending 6/30/2019 filed 8/6/2019<br>• Form 10-Q for period ending 9/30/2019 filed 11/13/2019<br>• **Subsequent Filing:** Form 10-K for period ending 12/31/2019 filed 3/30/2020 |
| 14 | **Issuer 14** | 3/28/2019 Engagement Partner 5 | OTC | 2/28/2019 5/31/2019 | Quarterly Reports: EA § 15(d) and Rule 15d-13 thereunder | • Form 10-Q for period ending 2/28/2019 filed 4/29/2019<br>• Form 10-Q for period ending 5/31/2019 filed 7/15/2019 |
| 15 | **Issuer 15** | 3/28/2019 Engagement Partner 5 | OTC | 2/28/2019 5/31/2019 8/31/2019 | Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-Q for period ending 2/28/2019 filed 4/22/2019<br>• Form 10-Q for period ending 5/31/2019 filed 7/22/2019<br>• Form 10-Q for period ending 8/31/2019 filed 10/15/2019 |
| 16 | **Issuer 16** *Client of Prager Metis CPAs LLP | 7/16/2019 Engagement Partner 4 | OTCQB | 6/30/2019 9/30/2019 Subsequent Filings: 9/30/2020 | Annual Reports: EA § 15(d) and Rule 15d-1 thereunder<br><br>Quarterly Reports: EA § 15(d) and Rule 15d-13 thereunder | • Form 10-Q for period ending 6/30/2019 filed 8/12/2019<br>• Form 10-K for period ending 9/30/2019 filed 1/14/2020<br>• **Subsequent Filing:** Form 10-K for period ending 9/30/2020 filed 12/16/2020 |
| 17 | **Issuer 17** | 4/25/2019 Engagement Partner 1<br><br>9/19/2019 Engagement Partner 1[1] | Pre-IPO | 3/31/2018 3/31/2019 | *Registration statement never went effective, and issuer did not file any annual, current, or quarterly reports. | • Form F-1 filed 1/21/2020<br>• Form F-1/A filed 2/4/2020 (incorporated by reference)<br>• Form F-1/A filed 2/21/2020<br>• Form F-1/A filed 3/11/2020 |
| 18 | **Issuer 18** | 8/20/2019 Engagement Partner 3 | OTCQB | 12/31/2018 Subsequent Filings: 12/31/2019 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder | • Form 10-K for period ending 12/31/2018 filed 4/1/2020<br>• **Subsequent Filing:** Form 10-K for period ending 12/31/2019 filed 8/10/2020 |
| 19 | **Issuer 19** | 1/3/2019 Engagement | OTCQB | 12/31/2018 3/31/2019 | Annual Reports: EA § 15(d) and Rule 15d-1 | • Form 10-K for period ending 12/31/2018 filed 4/12/2019<br>• Form 10-Q for period ending 3/31/2019 filed 5/16/2019 |

---

[1] Although there are two letters listed above for **Issuer 17**, we only counted this as one letter because they both were for the same engagement (one letter just did not contain fee information).

| | SEC Registrant Client<br><br>*Client of Prager Metis CPAs, LLC, unless specified. | Engagement Letter Date & Engagement Partner | Stock Market (if applicable) | Relevant Period(s) | Exchange Act ("EA") Reporting (for Issuer Clients) | Filings |
|---|---|---|---|---|---|---|
| | | Partner 3 | | 6/30/2019<br>9/30/2019<br><br><u>Subsequent Filings</u>:<br>12/31/2019 | thereunder<br><br>Quarterly Reports: EA § 15(d) and Rule 15d-13 thereunder | • Form 10-Q for period ending 6/30/2019 filed 8/9/2019<br>• Form 10-Q for period ending 9/30/2019 filed 11/13/2019<br>• **Subsequent Filing:** Form 10-K for period ending 12/31/2019 filed 3/30/2020 |
| 20 | **Issuer 20** | 1/3/2019<br>Engagement Partner 3 | OTC | 11/30/2018 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder | • Form 10-K for period ending 11/30/2018 filed 3/15/2019<br>• Form 1-A filed 4/29/2019<br>• Form 1-A/A filed 6/10/2019<br>• Form 1-A/A filed 6/24/2019<br>• Form 1-A/A filed 7/2/2019<br>• Form 1-A/A filed 7/11/2019<br>• Form 1-A/A filed 7/19/2019<br>• Form 1-A/A filed 7/24/2019<br>• Form 1-A POS filed 11/7/2019<br>• Form 1-A POS filed 12/2/2019 |
| 21 | **Issuer 21**<br>*Client of Prager Metis CPAs LLP | 4/22/2019<br>Engagement Partner 5 | OTC | 3/31/2019<br>6/30/2019<br>9/30/2019<br><br><u>Subsequent Filings</u>:<br>3/31/2020 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder<br><br>Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-K for period ending 3/31/2019 filed 7/9/2019<br>• Form 10-Q for period ending 6/30/2019 filed 7/26/2019<br>• Form 10-Q for period ending 9/30/2019 filed 11/5/2019<br>• **Subsequent Filing:** Form 10-K for period ending 3/31/2020 filed 6/29/2020 |
| 22 | **Issuer 22** | 1/3/2019<br>Engagement Partner 3 | OTC (previously NASDAQ) | 12/31/2018<br>3/31/2019<br>6/30/2019<br>9/30/2019 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder<br><br>Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-K for period ending 12/31/2018 filed 4/16/2019<br>• Form 10-K/A for period ending 12/31/2018 filed 4/17/2019<br>• Form 10-Q for period ending 3/31/2019 filed 5/20/2019<br>• Form 10-Q for period ending 6/30/2019 filed 8/20/2019<br>• Form 10-Q/A for period ending 6/30/2019 filed 8/20/2019<br>• Form 10-Q for period ending 9/30/2019 filed 11/19/2019 |
| 23 | **Issuer 23** | 12/17/2018<br>Engagement Partner 3 | OTC | 3/31/2018<br>6/30/2018<br>9/30/2018 | Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-Q for period ending 3/31/2018 filed 1/22/2019<br>• Form 10-Q for period ending 6/30/2018 filed 3/25/2019<br>• Form 10-Q for period ending 9/30/2018 filed 4/3/2019 |
| 24 | **Issuer 24** | 4/10/2019<br>Engagement Partner 5 | OTC<br>NYSE - American | 3/31/2019<br>6/30/2019<br>9/30/2019 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder | • Form 10-Q for period ending 3/31/2019 filed 5/20/2019<br>• Form 10-K for period ending 6/30/2019 filed 10/15/2019<br>• Form 10-Q for period ending 9/30/2019 filed 11/15/2019 |

| | SEC Registrant Client<br><br>*Client of Prager Metis CPAs, LLC, unless specified. | Engagement Letter Date & Engagement Partner | Stock Market (if applicable) | Relevant Period(s) | Exchange Act ("EA") Reporting (for Issuer Clients) | Filings |
|---|---|---|---|---|---|---|
| | | 11/15/2019<br>Engagement Partner 5 | | 12/31/2019 | Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-Q for period ending 12/31/2019 filed 2/19/2020 |
| 25 | **Issuer 25** | 6/19/2019<br>Engagement Partner 1 | OTCQB | 6/30/2019<br>9/30/2019<br>12/31/2019<br>3/31/2020<br><br><u>Subsequent Filings</u>:<br>6/30/2020 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder<br><br>Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-K for period ending 6/30/2019 filed 9/30/2019<br>• Form 10-Q for period ending 9/30/2019 filed 11/14/2019<br>• Form 10-Q for period ending 12/31/2019 filed 2/14/2020<br>• Form 10-Q for period ending 3/31/2020 filed 5/15/2020<br>• **Subsequent Filing:** Form 10-K for period ending 6/30/2020 filed 9/28/2020<br>• **Subsequent Filing:** Form S-1 filed 3/5/2021<br>• **Subsequent Filing:** Form S-1/A filed 3/15/2021 |
| 26 | **Issuer 26** | 12/31/2018<br>Engagement Partner 2 | No active market | 12/31/2018<br>3/31/2019<br>6/30/2019<br>9/30/2019<br><br><u>Subsequent Filings</u>:<br>12/31/2019 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder<br><br>Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-K for period ending 12/31/2018 filed 4/5/2019<br>• Form 10-Q for period ending 3/31/2019 filed 5/20/2019<br>• Form 10-Q for period ending 6/30/2019 filed 8/9/2019<br>• Form 10-Q for period ending 9/30/2019 filed 11/19/2019<br>• **Subsequent Filing:** Form 10-K for period ending 12/31/2019 filed 5/11/2020 |
| 27 | **Issuer 27** | 1/2/2019<br>Engagement Partner 1 | OTCQB | 12/31/2018<br>3/31/2019<br>6/30/2019 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder<br><br>Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-K for period ending 12/31/2018 filed 4/1/2019<br>• Form 10-Q for period ending 3/31/2019 filed 5/15/2019<br>• Form 10-Q for period ending 6/30/2019 filed 8/14/2019 |
| 28 | **Issuer 28** | 2/15/2019<br>Engagement Partner 5 | OTC | 9/30/2018<br>12/31/2018<br>3/31/2019<br>6/30/2019<br><br><u>Subsequent Filings</u>:<br>9/30/2019 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder<br><br>Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-K for period ended 9/30/2018 filed 7/26/2019<br>• Form 10-Q for period ended 12/31/2018 filed 10/18/2019<br>• Form 10-Q for period ended 3/31/2019 filed 11/22/2019<br>• Form 10-Q for period ended 6/30/2019 filed 12/16/2019<br>• **Subsequent Filing:** Form 10-K for period ended 9/30/2019 filed 1/28/2020 |
| 29 | **Issuer 29** | 4/11/2019<br>Engagement | OTC | 3/31/2019<br>6/30/2019 | Annual Reports: EA § 15(d) and Rule 15d-1 | • Form 10-Q for period ended 3/31/2019 filed 5/15/2019<br>• Form 10-K for period ended 6/30/2019 filed 9/6/2019 |

| | SEC Registrant Client<br><br>*Client of Prager Metis CPAs, LLC, unless specified. | Engagement Letter Date & Engagement Partner | Stock Market (if applicable) | Relevant Period(s) | Exchange Act ("EA") Reporting (for Issuer Clients) | Filings |
|---|---|---|---|---|---|---|
| | | Partner 5<br><br>10/21/2019 Engagement Partner 5 | | 9/30/2019 12/31/2019<br><br><u>Subsequent Filings</u>: 6/30/2020 | thereunder<br><br>Quarterly Reports: EA § 15(d) and Rule 15d-13 thereunder | • Form 10-Q for period ended 9/30/2019 filed 11/6/2019<br>• Form 10-Q for period ended 12/31/2019 filed 2/14/2020<br>• **Subsequent Filing:** Form 10-K for period ended 6/30/2020 filed 9/8/2020 |
| 30 | **Issuer 30** | 12/27/2018 Engagement Partner 2 | OTC | 12/31/2018 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder | • Form 10-K for period ended 12/31/2018 filed 4/15/2019<br>• Form 10-K/A for the period ended 12/31/2018 filed 4/16/2019 |
| 31 | **Issuer 31** | 4/10/2019 Engagement Partner 5 | OTCQB | 3/31/2019 6/30/2019 9/30/2019 | Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-Q for period ended 3/31/2019 filed 5/20/2019<br>• Form 10-Q for period ended 6/30/2019 filed 8/19/2019<br>• Form 10-Q for period ended 9/30/2019 filed 11/19/2019 |
| 32 | **Issuer 32** | 10/30/2018 Engagement Partner 3<br><br>10/10/2019 Engagement Partner 3<br><br>10/28/2020 Engagement Partner 3 | OTCQB | 9/30/2018 12/31/2018 3/31/2019 6/30/2019 9/30/2019 12/31/2019 3/31/2020 6/30/2020 9/30/2020 12/31/2020 3/31/2021 6/30/2021<br><br><u>Subsequent Filings</u>: 9/30/2019, 9/30/2020 and 9/30/2021 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder<br><br>Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-K for period ended 9/30/2018 filed 1/15/2019<br>• Form 10-Q for period ended 12/31/2018 filed 2/19/2019<br>• Form 10-Q for period ended 3/31/2019 filed 5/20/2019<br>• Form 10-Q for period ended 6/30/2019 filed 8/19/2019<br>• Form 10-K for period ended 9/30/2019 filed 1/14/2020 (also subsequent filing)<br>• Form 10-K/A for period ended 9/30/2019 filed 1/22/2020 (also subsequent filing)<br>• Form 10-Q for period ended 12/31/2019 filed 2/14/2020<br>• Form 10-Q for period ended 3/31/2020 filed 6/29/2020<br>• Form 10-Q/A for period ended 3/31/2020 filed 7/9/2020<br>• Form 10-Q for period ended 6/30/2020 filed 8/14/2020<br>• Form 10-K for period ended 9/30/2020 filed 2/22/2021 (also subsequent filing)<br>• Form 10-Q for period ended 12/31/2020 filed 2/22/2021<br>• Form 10-Q/A for period ended 12/31/2020 filed 2/23/2021<br>• Form 10-Q for period ended 3/31/2021 filed 5/17/2021<br>• Form 10-Q for period ended 6/30/2021 filed 8/23/2021<br>• Form 10-Q/A for period ended 6/30/2021 filed 8/24/2021<br>• **Subsequent Filing:** Form 10-K for period ended 9/30/2021 filed 2/14/2022 |
| 33 | **Investment Adviser 1** | 1/16/2018 Engagement Partner 6 | ---- | 12/31/2018 9/30/2019 8/31/2020 | *IA, not an issuer.* | • Surprise Exam on 12/31/2018 filed 4/26/2019<br>• Surprise Exam on 9/30/2019 filed 1/27/2020<br>• Surprise Exam on 8/31/2020 filed 12/4/2020 |

| | SEC Registrant Client<br><br>*Client of Prager Metis CPAs, LLC, unless specified. | Engagement Letter Date & Engagement Partner | Stock Market (if applicable) | Relevant Period(s) | Exchange Act ("EA") Reporting (for Issuer Clients) | Filings |
|---|---|---|---|---|---|---|
| | | 7/30/2019 Engagement Partner 7<br><br>6/30/2020 Engagement Partner 7 | | | | |
| 34 | **Issuer 33** | 1/18/2019 Engagement Partner 3 | OTCQB OTC | 12/31/2017 12/31/2018 3/31/2019 6/30/2019 9/30/2019<br><br><u>Subsequent Filings</u>: 12/31/2019 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder<br><br>Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-K for period ended 12/31/2018 filed 4/16/2019<br>• Form 10-Q for period ended 3/31/2019 filed 5/15/2019<br>• Form 10-Q for period ended 6/30/2019 filed 8/19/2019<br>• Form S-1 filed 9/13/2019<br>• Form S-1/A filed 9/19/2019<br>• Form 10-Q for period ended 9/30/2019 filed 11/14/2019<br>• **Subsequent Filing:** Form 10-K for period ended 12/31/2019 filed 5/14/2020<br>• **Subsequent Filing:** Form 10-K/A for period ended 12/31/2019 filed 5/18/2020 |
| 35 | **Investment Adviser 2** | 12/11/2017 Engagement Partner 8<br><br>11/28/2018 Engagement Partner 8<br><br>11/15/2019 Engagement Partner 7<br><br>6/30/2020 Engagement Partner 7 | ---- | 11/30/2017 12/31/2018 11/30/2019 6/30/2020 | *IA, not an issuer.* | • Surprise Exam on 11/30/2017 filed 3/29/2018<br>• Surprise Exam on 12/31/2018 filed 4/26/2019<br>• Surprise Exam on 11/30/2019 filed 3/16/2020 and 3/17/2020<br>• Surprise Exam on 6/30/2020 filed 10/5/2020 |
| 36 | **Investment Adviser 3** | 6/4/2018 Engagement Partner 5 | ---- | 6/30/2018 12/31/2019 | *IA, not an issuer.* | • Surprise exam on 6/30/2018 filed 10/29/2018<br>• Surprise exam on 12/31/2019 filed 4/28/2020 |

| | SEC Registrant Client  *Client of Prager Metis CPAs, LLC, unless specified. | Engagement Letter Date & Engagement Partner | Stock Market (if applicable) | Relevant Period(s) | Exchange Act ("EA") Reporting (for Issuer Clients) | Filings |
|---|---|---|---|---|---|---|
| | | 3/12/2019 Engagement Partner 5 | | | | |
| 37 | **Broker-Dealer 1** | 11/20/2018 Engagement Partner 2 | ---- | 12/31/2018 | *BD, not an issuer.* | • Report for 1/1/2018 to 12/31/2018 filed 3/4/2019 |
| 38 | **Broker-Dealer 2** | 11/15/2018 Engagement Partner 9 | ---- | 12/31/2018 | *BD, not an issuer.* | • Report for 1/1/2018 to 12/31/2018 filed 3/1/2019 |
| 39 | **Issuer 34** | 4/6/2019 Engagement Partner 2  4/28/2019 Engagement Partner 2 | OTC | 12/31/2018 3/31/2019 6/30/2019 9/30/2019 12/31/2019  Subsequent Filings: 3/31/2020 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder  Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-Q for period ended 12/31/2018 filed 4/12/2019<br>• Form 10-K for period ended 3/31/2019 filed 8/22/2019<br>• Form 10-Q for period ended 6/30/2019 filed 9/9/2019<br>• Form 10-Q for period ended 9/30/2019 filed 11/14/2019<br>• Form 10-Q for period ended 12/31/2019 filed 2/13/2020<br>• **Subsequent Filing:** Form 10-K for period ended 3/31/2020 filed 6/26/2020<br>• **Subsequent Filing:** Form S-1 filed 3/30/2021<br>• **Subsequent Filing:** Form S-1/A filed 4/8/2021<br>• **Subsequent Filing:** Form 424B1 filed 4/13/2021 |
| 40 | **Issuer 35** | 1/3/2019 Engagement Partner 3 | OTC | 12/31/2018 3/31/2019 6/30/2019 9/30/2019  Subsequent Filings: 12/31/2019 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder  Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-K for period ended 12/31/2018 filed 4/15/2019<br>• Form S-1 filed 5/15/2019<br>• Form 10-Q for period ended 3/31/2019 filed 5/20/2019<br>• Form S-1/A filed 6/12/2019<br>• Prospectus on Form 424B3 filed 6/18/2019<br>• Form 10-Q for period ended 6/30/2019 filed 8/19/2019<br>• Form 10-Q for period ended 9/30/2019 filed 11/19/2019<br>• **Subsequent Filing:** Form 10-K for period ended 12/31/2019 filed 7/9/2020 |
| 41 | **Investment Adviser 4** | 12/23/2019 Engagement Partner 7  7/7/2020 Engagement Partner 7 | ---- | 12/31/2019 9/30/2020 | *IA, not an issuer.* | • Surprise Exam report for 12/31/2019 (date selected for exam), completed 6/9/2020 and filed on 6/11/2020<br>• Surprise Exam report for 9/30/2020 filed 1/28/2021 |
| 42 | **Issuer 36** | 8/7/2018 Engagement | OTC | 6/30/2017 6/30/2018 | Annual Reports: EA § 13(a) and Rule 13a-1 | • Form 8-K filed 7/18/2019 |

| | SEC Registrant Client  *Client of Prager Metis CPAs, LLC, unless specified. | Engagement Letter Date & Engagement Partner | Stock Market (if applicable) | Relevant Period(s) | Exchange Act ("EA") Reporting (for Issuer Clients) | Filings |
|---|---|---|---|---|---|---|
| | | Partner 1  7/10/2019 Engagement Partner 1 | | 5/31/2019  Subsequent Filings: 6/30/2019 | thereunder  Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-K for period ended 5/31/2019 filed 9/17/2019  • **Subsequent Report:** Form 8-K/A filed 4/14/2021 |
| 43 | **Broker-Dealer 3** | 1/04/2019 Engagement Partner 10 | ---- | 12/31/2018 | *BD, not an issuer.* | • Report for 1/1/2018 through 12/31/2018, filed on 2/28/2019 |
| 44 | **Issuer 37** [2] | 7/17/2018 Engagement Partner 5  2/13/2019 Engagement Partner 5  2/13/2019 Engagement Partner 5  2/27/2019 Engagement Partner 5  10/9/2019 Engagement Partner 5 | NASDAQ (until January 25, 2019) OTC | 5/31/2017 8/31/2017 11/30/2017 12/31/2017 2/28/2018 5/31/2018 12/31/2018 2/28/2019 5/31/2019 8/31/2019  Subsequent Filings: 5/31/2020 | Annual Report for FY ended 5/31/2018: EA § 13(a) and Rule 13a-1 thereunder  Annual Reports for FYs ended 5/31/2019 and 5/31/2020: EA § 15(d) and Rule 15d-1 thereunder  Current Report: EA § 13(a) and Rule 13a-11 thereunder  Quarterly Reports for Periods ended 8/31/2017, 11/30/2017, 2/28/2018, and 2/28/2019: EA § 13(a) and Rule 13a-13 thereunder | • EA § 13(a) and Rule 13a-13 thereunder:  Form 10-Q for period ended 8/31/2017 filed 10/16/2017  • EA § 13(a) and Rule 13a-13 thereunder:  Form 10-Q for period ended 11/30/2017 filed 1/16/2018  • EA § 13(a) and Rule 13a-13 thereunder:  Form 10-Q for period ended 2/28/2018 filed 4/16/2018  • EA § 13(a) and Rule 13a-1 thereunder:  Form 10-K for period ended 5/31/2018 filed 7/24/2018  • Form S-1 filed 8/24/2018  • Form S-1/A filed 9/12/2018  • Form S-1/A filed 9/17/2018  • Prospectus on Form 424B3 filed 9/19/2018  • EA § 13(a) and Rule 13a-13 thereunder:  Form 10-Q for period ended 2/28/2019 filed 4/15/2019  • EA § 13(a) and Rule 13a-11 thereunder:  Form 8-K/A filed 3/18/2019  • EA § 15(d) and Rule 15d-1 thereunder:  Form 10-K for period ended 5/31/2019 filed 8/29/2019  • Form S-1/A filed 9/23/2019  • Prospectus on Form 424B3 filed 9/30/2019  • EA § 15(d) and Rule 15d-13 thereunder:  Form 10-Q for period ended 8/31/2019 filed 10/15/2019 |

---

[2] Issuer 37 initially reported under Section 13(a) of the Exchange Act [15 U.S.C. § 78m(a)] and the rules thereunder because it had securities registered under Section 12 of the Exchange Act [15 U.S.C. § 78l]. However, in or around April 2, 2019, it filed a Form 25-NSE to terminate its registration under Section 12 of the Exchange Act [15 U.S.C. § 78l]. The Form 10-Q filed in or around April 15, 2019 still was subject to the reporting obligations under Section 13(a) of the Exchange Act [15 U.S.C. § 78m(a)] and the rules thereunder because it continued to have securities registered under Section 12 of the Exchange Act [15 U.S.C. § 78l] for that reporting period. However, after that filing, Issuer 37 began reporting under Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)] and the rules thereunder.

| | SEC Registrant Client  *Client of Prager Metis CPAs, LLC, unless specified. | Engagement Letter Date & Engagement Partner | Stock Market (if applicable) | Relevant Period(s) | Exchange Act ("EA") Reporting (for Issuer Clients) | Filings |
|---|---|---|---|---|---|---|
| | | | | | Quarterly Report for Period ended 8/31/2019: EA § 15(d) and Rule 15d-13 thereunder | • Form S-1 filed 3/24/2020 <br> • Prospectus on Form 424B3 filed 3/31/2020 <br> • Form S-1 filed 4/10/2020 <br> • Form S-1/A filed 7/2/2020 <br> • EA § 15(d) and Rule 15d-1 thereunder: **Subsequent Filing:** Form 10-K for period ended 5/31/2020 filed 8/31/2020 <br> • **Subsequent Filing:** Form S-1/A filed 9/28/2020 <br> • **Subsequent Filing:** Form POS filed on 10/5/2020 <br> • **Subsequent Filing:** Form 424B3 filed 10/14/2020 <br> • **Subsequent Filing:** Form S-1/A filed 10/23/2020 <br> • **Subsequent Filing:** Form S-1/A filed 1/19/2021 <br> • **Subsequent Filing:** Form S-1/A filed 4/16/2021 <br> • **Subsequent Filing:** Form S-1 filed 4/28/2021 <br> • **Subsequent Filing:** Form S-1/A filed 7/15/2021 <br> • **Subsequent Filing:** Form 424B3 filed 5/11/2021 |
| 45 | **Issuer 38** | 3/18/2019 Engagement Partner 5 | OTCQB | 3/31/2019 6/30/2019 9/30/2019 | Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-Q for period ended 3/31/2019 filed 5/24/2019 <br> • Form 10-Q for period ended 6/30/2019 filed 8/16/2019 <br> • Form 10-Q for period ended 9/30/2019 filed 12/3/2019 |
| 46 | **Issuer 39** | 4/10/2019 Engagement Partner 5  11/7/2019 Engagement Partner 5 | OTCQB | 3/31/2019 6/30/2019 9/30/2019  <u>Subsequent Filings</u>: 6/30/2020 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder  Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-Q for period ended 3/31/2019 filed 5/20/2019 <br> • Form 10-K for period ended 6/30/2019 filed 9/30/2019 <br> • Form 10-Q for period ended 9/30/2019 filed 11/14/2019 <br> • Form S-1 filed 8/6/2020 <br> • **Subsequent Filing:** Form 10-K for period ended 6/30/2020 filed 10/20/2020 |
| 47 | **Issuer 40** | 4/29/2019 Engagement Partner 5 | OTC | 3/31/2019 6/30/2019 9/30/1019 | Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-Q for period ended 3/31/2019 filed 5/15/2019 <br> • Form 10-Q for period ended 6/30/2019 filed 8/14/2019 <br> • Form 10-Q for period ended 9/30/1019 filed 11/14/2019 |
| 48 | **Issuer 41** | 4/29/2019 Engagement Partner 5 (but note indicates it was Engagement Partner 3) | OTC | 4/30/2018 7/31/2018 10/31/2018 1/31/2019  <u>Subsequent Filings</u>: 4/30/2019 | Annual Reports: EA § 15(d) and Rule 15d-1 thereunder  Quarterly Reports: EA § 15(d) and Rule 15d-13 thereunder | • Form 10-K for period ended 4/30/2018 filed 2/25/2021 <br> • Form 10-Q for period ended 7/31/2018 filed 6/8/2021 <br> • Form 10-Q for period ended 10/31/2018 filed 6/8/2021 <br> • Form 10-Q for period ended 1/31/2019 filed 6/8/2021 <br> • **Subsequent Filing:** Form 10-K/A for period ended 4/30/2019 filed 6/29/2021 |

| | **SEC Registrant Client**<br><br>*Client of Prager Metis CPAs, LLC, unless specified. | **Engagement Letter Date & Engagement Partner** | **Stock Market** (if applicable) | **Relevant Period(s)** | **Exchange Act ("EA") Reporting (for Issuer Clients)** | **Filings** |
|---|---|---|---|---|---|---|
| 49 | **Broker-Dealer 4** (*BD/IA; but, the relevant engagement was a BD audit) | 11/15/2018 Engagement Partner 9 | ---- | 12/31/2018 | *BD/IA, not an issuer.* | • Report for 1/1/2018 to 12/31/2018 filed on 2/27/2019 |
| 50 | **Issuer 42** | 8/6/2018 Engagement Partner 1<br><br>6/12/2019 Engagement Partner 1 | NASDAQ | 12/31/2018 12/31/2019<br><br>Subsequent Filings: 12/31/2019 and 12/31/2020 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder | • Form 20-F for period ended 12/31/2018 filed 5/15/2019<br>• Form 20-F for period ended 12/31/2019 filed 6/30/2020 (also subsequent filing)<br>• Form F-3 filed 8/20/2020 (incorporated by reference; also subsequent filing)<br>• Form 424B5 filed 11/24/2020 (incorporated by reference; also subsequent filing)<br>• Form F-3 filed 12/18/2020 (incorporated by reference; also subsequent filing)<br>• Form 424B3 filed 12/28/2020 (incorporated by reference; also subsequent filing)<br>• **Subsequent Filing:** Form 20-F for period ended 12/31/2020 filed 4/27/2021<br>• **Subsequent Filing:** Form 424B5 filed 12/2/2021 (incorporated by reference)<br>• **Subsequent Filing:** Form 424B5 filed 12/6/2021 (incorporated by reference)<br>• **Subsequent Filing:** Form 424B5 filed 3/16/2022 (incorporated by reference)<br>• **Subsequent Filing:** Form 424B5 filed 3/18/2022 (incorporated by reference) |
| 51 | **Issuer 43** | 5/15/2019 Engagement Partner 5 | NASDAQ | 3/31/2019 6/30/2019 9/30/2019<br><br>Subsequent Filings: 3/31/2020 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder<br><br>Quarterly Reports: EA § 13(a) and Rule 13a-13Annual thereunder | • Form 10-K for period ended 3/31/2019 filed 7/1/2019<br>• Form 10-Q for period ended 6/30/2019 filed 8/8/2019<br>• Form S-3 filed 9/23/2019 (incorporated by reference)<br>• Form 424B3 filed 9/27/2019 (incorporated by reference)<br>• Form S-4 filed 11/8/2019<br>• Form 10-Q for period ended 9/30/2019 filed 11/12/2019<br>• Form S-4/A filed 1/6/2020<br>• Form S-8 filed 4/28/2020 (incorporated by reference)<br>• Form S-3 filed 5/27/2020 (incorporated by reference)<br>• Form 424B3 filed 6/9/2020 (incorporated by reference)<br>• **Subsequent Filing:** Form 10-K for period ended |

| | **SEC Registrant Client**  *Client of Prager Metis CPAs, LLC, unless specified. | **Engagement Letter Date & Engagement Partner** | **Stock Market** (if applicable) | **Relevant Period(s)** | **Exchange Act ("EA") Reporting (for Issuer Clients)** | **Filings** |
|---|---|---|---|---|---|---|
| | | | | | | 3/31/2020 filed 8/13/2020<br>• **Subsequent Filing:** Form 424B5 filed 2/23/2021 (incorporated by reference)<br>• **Subsequent Filing:** Form S-3 filed 3/25/2021 (incorporated by reference)<br>• **Subsequent Filing:** Form 424B3 filed 4/1/2021 (incorporated by reference) |
| 52 | **Issuer 44** | 5/6/2019 Engagement Partner 2 | No active market | 4/30/2019 7/31/2019 10/31/2019 1/31/2020  Subsequent Filings: 4/30/2020 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder  Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-K for period ended 4/30/2019 filed 8/12/2019<br>• Form 10-Q for period ended 7/31/2019 filed 9/3/2019<br>• Form 10-Q for period ended 10/31/2019 filed 12/4/2019<br>• Form 10-Q for period ended 1/31/2020 filed 3/13/2020<br>• **Subsequent Filing:** Form 10-K for period ended 4/30/2020 filed 8/13/2020 |
| 53 | **Issuer 45** | 4/10/2019 Engagement Partner 5 | OTC | 3/31/2019 6/30/2019 9/30/2019 | Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-Q for period ended 3/31/2019 filed 5/6/2019<br>• Form 10-Q for period ended 6/30/2019 filed 8/19/2019<br>• Form 10-Q for period ended 9/30/2019 filed 11/15/2019 |
| 54 | **Issuer 46** | 1/29/2019 Engagement Partner 3 | Pre-IPO | 12/31/2018 | *Registration statement never went effective, and issuer did not file any annual, current, or quarterly reports. | • Form S-1 filed 5/14/2019<br>• Form S-1/A filed 8/15/2019 |
| 55 | **Issuer 47** | 4/11/2019 Engagement Partner 5 | OTCQB | 3/31/2019 6/30/2019 9/30/2019 | Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-Q for period ended 3/31/2019 filed 5/15/2019<br>• Form 10-Q for period ended 6/30/2019 filed 8/9/2019<br>• Form 10-Q for period ended 9/30/2019 filed 11/14/2019 |
| 56 | **Issuer 48** | 1/3/2019 Engagement Partner 3 | OTCQB | 12/31/2018 3/31/2019 6/30/2019 9/30/2019  Subsequent Filings: 12/31/2019 | Annual Reports: EA § 15(d) and Rule 15d-1 thereunder  Quarterly Reports: EA § 15(d) and Rule 15d-13 thereunder | • Form 10-K for period ended 12/31/2018 filed 4/17/2019<br>• Form 10-Q for period ended 3/31/2019 filed 5/16/2019<br>• Form 10-Q for period ended 6/30/2019 filed 8/14/2019<br>• Form 10-Q for period ended 9/30/2019 filed 11/14/2019<br>• Form S-1 filed 11/27/2019<br>• Form S-1/A filed 12/6/2019<br>• Prospectus on Form 424B3 filed 12/11/2019<br>• **Subsequent Filing:** Form 10-K for period ended 12/31/2019 filed 5/15/2020 |
| 57 | **Issuer 49** | 1/3/2019 | OTC | 12/31/2018 | Annual Reports: EA § | • Form 10-K for period ended 12/31/2018 filed 5/6/2019 |

| | SEC Registrant Client  *Client of Prager Metis CPAs, LLC, unless specified. | Engagement Letter Date & Engagement Partner | Stock Market (if applicable) | Relevant Period(s) | Exchange Act ("EA") Reporting (for Issuer Clients) | Filings |
|---|---|---|---|---|---|---|
| | | Engagement Partner 3 | | 3/31/2019 6/30/2019 9/30/2019  Subsequent Filings: 12/31/2019 | 13(a) and Rule 13a-1 thereunder  Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-Q for period ended 3/31/2019 filed 5/17/2019 • Form 10-Q for period ended 6/30/2019 filed 8/13/2019 • Form 10-Q for period ended 9/30/2019 filed 11/12/2019 • **Subsequent Filing:** Form 10-K for period ended 12/31/2019 filed 6/9/2020 |
| 58 | **Issuer 50** | 12/27/2018 Engagement Partner 1 | OTCQB | 12/31/2018 3/31/2019 6/30/2019 9/30/2019  Subsequent Filings: 12/31/2019 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder  Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-K for period ended 12/31/2018 filed 3/29/2019 • Form 10-Q for period ended 3/31/2019 filed 5/13/2019 • Form 10-Q for period ended 6/30/2019 filed 8/9/2019 • Form 10-Q for period ended 9/30/2019 filed 11/12/2019 • **Subsequent Filing:** Form 10-K for period ended 12/31/2019 filed 3/27/2020 |
| 59 | **Issuer 51** | 10/9/2018 Engagement Partner 3  6/28/2019 Engagement Partner 3 | OTC | 8/31/2018 11/30/2018 2/28/2019 5/31/2019 8/31/2019 11/30/2019  Subsequent Filings: 5/31/2020 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder  Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-Q for period ended 8/31/2018 filed 10/22/2018 • Form 10-Q for period ended 11/30/2018 filed 1/18/2019 • Form 10-Q for period ended 2/28/2019 filed 4/12/2019 • Form 10-K for period ended 5/31/2019 filed 9/23/2019 • Form 10-Q for period ended 8/31/2019 filed 10/11/2019 • Form 10-Q for period ended 11/30/2019 filed 1/14/2020 • **Subsequent Filing:** Form 10-K for period ended 5/31/2020 filed 8/31/2020 |
| 60 | **Issuer 52** | 12/27/2018 Engagement Partner 2 | OTC | 12/31/2018 3/31/2019 6/30/2019 9/30/2019  Subsequent Filings: 12/31/2019 | Annual Reports: EA § 13(a) and Rule 13a-1 thereunder  Quarterly Reports: EA § 13(a) and Rule 13a-13 thereunder | • Form 10-K for period ended 12/31/2018 filed 3/29/2019 • Form 10-Q for period ended 3/31/2019 filed 5/13/2019 • Form 10-Q for period ended 6/30/2019 filed 7/19/2019 • Form 10-Q for period ended 9/30/2019 filed 11/19/2019 • **Subsequent Filing:** Form 10-K for period ended 12/31/2019 filed 3/26/2020 |
| 61 | **Issuer 53** | 5/2/2019 Engagement Partner 5 | No active market | 5/31/2019 | Quarterly Reports: EA § 15(d) and Rule 15d-13 thereunder | • Form 10-Q for period ended 5/31/2019 filed 7/22/2019 |
| 62 | **Issuer 54** *Client of Prager | 4/04/2019 Engagement | No active market | 3/31/2019 | Quarterly Reports: EA § 15(d) and Rule 15d-13 | • Form 10-Q for period ended 3/31/2019 filed 5/31/2019 |

| SEC Registrant Client<br><br>*Client of Prager Metis CPAs, LLC, unless specified. | Engagement Letter Date & Engagement Partner | Stock Market (if applicable) | Relevant Period(s) | Exchange Act ("EA") Reporting (for Issuer Clients) | Filings |
|---|---|---|---|---|---|
| Metis CPAs LLP | Partner 5 | | | thereunder | |