**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.                                        Case No. 1:23-cv-23723-RNS

PRAGER METIS CPAs, LLC, and
PRAGER METIS CPAs LLP,

      Defendants.

_____/

**DEFENDANTS, PRAGER METIS CPAs, LLC AND**
**PRAGER METIS CPAs LLP'S DISCLOSURE STATEMENT**

Defendants, Prager Metis CPAs, LLC and Prager Metis CPAs LLP, pursuant to Federal Rule of Civil Procedure 7.1, hereby discloses the following:

Prager Metis CPAs, LLC is a limited liability company organized under the laws of the state of New York. Prager Metis CPAs, LLC does not have a parent corporation, and no publicly held corporation owns 10% or more of Prager Metis CPAs, LLC.

Prager Metis CPAs LLP is a limited liability partnership organized under the laws of the state of California. Prager Metis CPAs LLP does not have a parent corporation, and no publicly held corporation owns 10% or more of Prager Metis CPAs.

I certify that I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will promptly file a supplemental statement within fourteen days if such a conflict arises.

*Defendants, Prager Metis CPAs, LLC and Prager Metis CPAs, LLP's Disclosure Statement*
Case No. 1:23-cv-23734-RNS

Date: October 23, 2023

Respectfully submitted,

By: /s/ *Lawrence D. Silverman*
Lawrence D. Silverman, Esq.
Florida Bar No. 7160
Email: lawrence.silverman@sidley.com
**SIDLEY AUSTIN LLP**
1001 Brickell Bay Drive
Suite 900
Miami, FL  33131
Tel.: (305) 391-5100
Fax: (305) 391-5101
and
Stephen L. Cohen, Esq.
Florid Bar No.:  128317
Email:  scohen@sildley.com
**SIDLEY AUSTIN LLP**
1501 K. Street, N.W.
Washington, DC 20005
Tel:  (202) 736-8000
Fax:  (202) 736-8711

***ATTORNEYS FOR PRAGER METIS CPAs, LLC, and PRAGER METIS CPAs LLP***

2